Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br>    TRAVIS R ELDER<br>    JUDY A ELDER<br><br>    Debtors | )<br>)<br>)  Case No. 324-30333-DWH13<br>)<br>)  Order Amending Plan<br>)  Dated 04-22-24<br>)<br>) |

Wayne Godare, Chapter 13 Trustee ("Trustee"), and Debtors agree that a provision should be added to Debtors' plan dated 04-22-24. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

IT IS ORDERED that Debtors' plan dated 04-22-24 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 04-22-24

1. In paragraph 4(b)(1) change the monthly plan payment for Ally Financial (split claim) to "Beg May 2024 AAFAAF*"

###

PRESENTED BY:

/s/ Jon Kuni
Jon Kuni, OSB #033640
Attorney for Wayne Godare, Chapter 13 Trustee

I certify that I have received confirmation, in writing, that Debtor(s), by and through counsel, have no objection to the form and content of this order and agree to its filing with the Court.

/s/ Chris Fazio
for Jon Kuni, OSB #033640

cc: Debtors
    Debtors' attorney